No. 92–6659.   SCOTT *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 92–6663.   SMITH *v.* LANDON ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 92–6687.   HENRY *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 92–6733.   SIMMONS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 92–6776.   CHENG *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 92–6781.   COOPER *v.* PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 92–6786.   CASILLAS *v.* MAYNARD, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 92–6868.   PEREZ *v.* STARK ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 92–6904.   HOLMAN *v.* ASPIN, SECRETARY OF DEFENSE, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 92–6960.   WISE *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 92–6962.   RICHEY *v.* OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 92–6977.   MARTIN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 92–6979.   SOMMERLATTE *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 92–6983.   ANDERS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.